**Martin Allen JOHNSON,**
**Plaintiff–Appellant,**

v.

**WASHINGTON COUNTY; et al.,**
**Defendants–Appellees.**

No. 00–35852.

D.C. No. CV–00–00875–AA/JPC.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 20, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

### MEMORANDUM **

Martin Allen Johnson, a detainee in the Washington County Jail at all times relevant to this appeal, appeals pro se the district court's judgment dismissing as frivolous his 42 U.S.C. § 1983 complaint alleging violation of his right of access to the courts. We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm. *See Lewis v. Casey,* 518 U.S. 343, 352, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (indicating that experimentation with different ways of securing access to the courts is acceptable); *United States v. Wilson,* 690 F.2d 1267, 1272 (9th Cir.1982) (stating that providing counsel is an acceptable way of fulfilling the duty to provide access to the courts).

AFFIRMED.

**In re: George POPE; Gina**
**Pope Debtors.**

---

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.